In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-03-00007-CV


______________________________




COLUMBIA CASUALTY COMPANY, Appellant



V.



DONNA KOHL, Appellee




 


On Appeal from the 188th Judicial District Court


Gregg County, Texas


Trial Court No. 2001-1637-A




 




Before Morriss, C.J., Ross and Carter, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Columbia Casualty Company, appellant, has filed a motion asking this Court to dismiss its
appeal. Pursuant to Tex. R. App. P. 42.1, the motion is granted.

 The appeal is dismissed.




 Jack Carter

 Justice


Date Submitted: April 7, 2003

Date Decided: April 8, 2003




-family: Times New Roman"> Unless a certification, showing that a defendant has the right of appeal, is in the record, we
must dismiss the appeal. See Tex. R. App. P. 25.2(d). Because the trial court's certification
affirmatively shows Ishmael has no right of appeal, and because the record before us does not reflect
that the certification is incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005),
we must dismiss the appeal.

 We dismiss the appeal for want of jurisdiction. 



 Bailey C. Moseley

 Justice


Date Submitted: March 3, 2009

Date Decided: March 4, 2009


Do Not Publish